No. 77–1735. THOMAS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 77–1767. RISS INTERNATIONAL CORP. v. BAKER ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1818. RAMAPURAM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–1832. SKINNER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77–1846. RANQUIST v. DIRECTOR, DEPARTMENT OF REGISTRATION AND EDUCATION OF ILLINOIS, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1867. CRANFORD v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 77–6798. EVANS v. BENSON, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–6879. GENTRY v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 77–6889. OAXACA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–6905. MITCHELL v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–6952. WASHINGTON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.